**In re Frederick A. LORCH, Gordon Sharp, Jerome Schaufeld, and Richard Clayton**

No. 02–1241.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 27, 2002.

*ORDER*

SCHALL, Circuit Judge.

Upon consideration of the appellants'

unopposed motion to dismiss their appeal,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

___

* Although the appellants request that their appeal be dismissed "without prejudice," it is

___

the usual practice of this court to not designate a dismissal as with or without prejudice.